IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHEDRICK W. JOHNSON,<br>    Plaintiff | )<br>)<br>) |
| vs. | ) Civil Action No. 06-1284<br>) Judge Donetta W. Ambrose/ |
| MAGISTRATE CAROLYN S. BENGEL;<br>KEITH CONNELLY, Allegheny County<br>Public Defender,<br>    Defendants | ) Magistrate Judge Amy Reynolds Hay<br>)<br>)<br>)<br>) |

## ORDER

AND NOW, this 14th day of Dec, 2006, after the plaintiff, Shedrick W. Johnson, filed an action in the above-captioned case, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties ten days after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

  IT IS HEREBY ORDERED that the complaint is dismissed before service, pursuant to the authority granted courts by the Prison Litigation Reform Act (PLRA), for failure to state a claim upon which relief can be granted.

  IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the plaintiff desires to appeal from this Order he must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed.R.App.P.

              _____
              DONETTA W. AMBROSE
              Chief United States District Judge

cc:    Honorable Amy Reynolds Hay
       United States Magistrate Judge

       Shedrick W. Johnson
       217-02
       Westmoreland County Jail
       3000 South Grande Boulevard
       Greensburg, PA 15601